IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| BRENDA PEREZ | § § § | |
| | § | CIVIL ACTION NO. 22-cv-00429 |
| v. | § § | |
| | § | JURY DEMANDED |
| WAL-MART STORES TEXAS, LLC | § | |

**NOTICE OF REMOVAL OF ACTION**
<u>**UNDER 28 U.S.C. §§ 1332 and 1441 (DIVERSITY)**</u>

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW DEFENDANT WAL-MART STORES TEXAS, LLC, (hereinafter "Defendant") in the above entitled and numbered cause, and files this Notice of Removal of the present cause from the 332nd Judicial District Court of Hidalgo County, Texas, in which it is now pending, to the United States District Court for the Southern District of Texas, McAllen Division, showing the Court in support as follows:

1. This cause was commenced in the 332nd Judicial District Court of Hidalgo County, Texas, on November 2, 2022, when Plaintiff's Original Petition was filed in Cause No. C-4250-22-F, wherein Plaintiff named Wal-Mart Stores Texas, LLC as Defendant. A copy of Plaintiff's Original Petition is attached hereto and incorporated herein for all purposes as *Exhibit A*.

2. Defendant was served with a copy of Plaintiff's Original Petition on November 17, 2022. A copy of the Citation indicating date of service is attached hereto and incorporated herein for all purposes as *Exhibit B*.

3. Plaintiff filed this civil action against Defendant asserting premises liability and negligence claims arising from an incident which is alleged to have occurred on August 8, 2022,

while Plaintiff was a patron at Defendant's premises located at 215 E. Mile 3 Rd., Palmhurst, Hidalgo County, Texas.  *See Exhibit A, p. 3.*

4. Defendant timely filed a responsive pleading in State Court on December 9, 2022, a copy of which is attached hereto and incorporated herein for all purposes as *Exhibit C*.

5. Plaintiff plead in her Original Petition that she is an individual residing in Hidalgo County in the State of Texas. *See Exhibit A, p. 2, ¶ 3.01.*  Therefore, for diversity purposes, based on all available information to Defendant, Plaintiff was at the time of the filing of this lawsuit, and remains, a citizen of the State of Texas.

6. Defendant Wal-Mart Stores Texas, LLC was, at the time of the filing of Plaintiff's Original Petition, and is at the time of filing of this Notice of Removal, a Delaware Limited Liability Company with its principal place of business in Arkansas. The citizenship of an LLC is the same as the citizenship of all of its members. *Harvey v. Grey Wolf Drilling, Co.,* 542 F.3d 1077, 1080 (5th Cir. 2008). Wal-Mart Real Estate Business Trust is the sole member of Wal-Mart Stores Texas, LLC.

7. Wal-Mart Real Estate Business Trust is a statutory business trust organized under the laws of the State of Delaware with its principal place of business in Arkansas. The citizenship of a statutory trust is the citizenship of its members, which includes its shareholders. *Americold Realty Tr. V. Conagra Foods, Inc.,* 136 S. Ct. 1012, 106 (2016); *Bynane v. Bank of New York Mellon for CWMBS, Inc. Asset-Backed Certificates Series 2006-24,* 866 F.3d 351, 358 (5th Cir. 2017); *U.S. Bank Tr., N.A. v. Dupre, 615CV0558LEKTWD,* 2016 WL 5107123, at *4 (N.D.N.Y. Sept. 20, 2016)(finding that a Delaware statutory trust "seems precisely like the type [of trust] considered by the Supreme Court in *Americold").* The sole unit/shareholder of Wal-Mart Real Estate Business Trust is Wal-Mart Property Co.

8. Wal-Mart Property Co. is an incorporated entity under the laws of the State of Delaware with its principal place of business in Arkansas. Therefore, Wal-Mart Property Co. is a citizen of Delaware and Arkansas. Wal-Mart Property Co. is also a wholly owned subsidiary of Wal-Mart Stores East, LP.

9. Wal-Mart Stores East, LP is a Delaware limited partnership. The citizenship of a limited partnership, for diversity jurisdiction purposes, is based on the citizenship of each of its partners. *Harvey,* 542 F.3d at 1079. WSE Management, LLC is the general partner of Wal-Mart Stores East, LP, and WSE Investment, LLC is the limited partner. The citizenship of these LLCs is determined by the citizenship of each of its members. *See Id.* at 1080. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC.

10. Wal-Mart Stores East, LLC is a limited liability company formed under the laws of the State of Arkansas and has its principal place of business in Arkansas. The citizenship of an LLC is the same as the citizenship of all of its members. *Id.* The sole member of Wal-Mart Stores East, LLC is Defendant Walmart Inc.

11. Walmart Inc. at the time of the filing of Plaintiff's Original Petition, and is at the time of filing of this Notice of Removal, a corporation organized and existing under the laws of the State of Delaware with its principal office and residence in Bentonville, Arkansas. A corporation is "a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." *MidCap Media Fin., L.L.C. v. Pathway Data, Inc.,* 929 F.3d 310, 314 (5th Cir. 2019)(quoting 28 U.S.C. § 1332(c)(1)). Walmart Inc. is therefore a citizen of both Delaware and Arkansas, but is not a citizen of Texas.

12. Accordingly, for diversity purposes, Defendant Wal-Mart Stores Texas, LLC is a citizen of Delaware and Arkansas, but is not a citizen of Texas.

13. Complete diversity of citizenship therefore exists between the adverse parties in the present cause for the purposes of federal removal jurisdiction pursuant to 28 U.S.C. §1441.

14. Plaintiff claims in her Original Petition that she seeks "monetary relief more than $1,000,000.00." *See Exhibit A, p. 1, ¶ 2.01.* Therefore, the amount in controversy herein exceeds $75,000.00, exclusive of interest and costs.

15. This lawsuit is one over which this Court has original jurisdiction under the provisions of Title 28, United States Code §§ 1332 and 1441(a) in that it is a civil action between completely diverse parties and that amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

16. This Notice of Removal is timely filed in accordance with 28 U.S.C. §1446(b), in that it is filed within thirty (30) days of the service of Plaintiff's Original Petition on Defendant and within one year of the initial filing of the lawsuit.

17. Upon filing of this Notice of Removal of this cause, written notice of the filing by Defendant to Plaintiff has been provided as required by law. A copy of this Notice is also being filed with the Clerk of the State Court in which this cause was originally filed.

18. Defendant hereby requests a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Defendant prays for removal of the above entitled and numbered cause from the 332nd Judicial District Court, Hidalgo County, Texas to this Honorable Court.

Respectfully submitted,

COLVIN, SAENZ, RODRIGUEZ & KENNAMER LLP

By: */s/Jaime A. Saenz*
    Jaime A. Saenz
    Texas Bar No. 17514859
    Southern District Admissions No. 7630
    Email: ja.saenz@rcclaw.com
    Omar A. Saenz
    Texas Bar No. 24083777
    Southern District Admissions No. 3070429
    Email: oa.saenz@rcclaw.com
    1201 East Van Buren Street
    Brownsville, TX 78520
    (956) 542-7441
    (956) 541-2170 (Fax)
**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served on this 19th day of December, 2022 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule 5.1(d).

    */s/Jaime A. Saenz*
    JAIME A. SAENZ

*Defendant's Notice of Removal of Action*
26,028     *Page 5*