IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| BRENDA PEREZ | § | |
| | § | CIVIL ACTION NO. 7:22-cv-00429 |
| v. | § | |
| | § | *JURY DEMANDED* |
| WAL-MART STORES TEXAS, LLC | § | |

## ADVISORY TO THE COURT REGARDING SETTLEMENT

COME NOW, Plaintiff Brenda Perez and Defendant Wal-Mart Stores Texas, LLC, (together "Parties") in the above-numbered cause and file this Notice of Settlement.

The Parties are pleased to advise the Court that the Parties have reached a full compromise and settlement agreement. The Parties respectfully request that this Court vacate all remaining deadlines and hearings in order for the Parties to exchange the settlement funds and release documents. The Parties expect to file the appropriate motions and orders of dismissal within thirty (30) days.

Respectfully submitted,

COLVIN, SAENZ, RODRIGUEZ & KENNAMER, L.L.P.

By: */s/ Omar A. Saenz*
    Jaime A. Saenz
    Texas Bar No. 17514859
    Fed. ID No. 7630
    Email: ja.saenz@rcclaw.com
    Omar A. Saenz
    Texas Bar No. 24083777
    Fed. ID No. 3070429
    Email: oa.saenz@rcclaw.com
    1201 East Van Buren Street
    Brownsville, TX 78520
    (956) 542-7441
    (956) 541-2170 Fax
ATTORNEYS FOR DEFENDANT
WAL-MART STORES TEXAS LLC

*And*

TIJERINA LEGAL GROUP, P.C.

By: */s/ Derek I. Salinas*
    Derek I. Salinas
    State Bar No. 24093098
    Fed ID No. 2554325
    1200 S. 2nd St., Ste. 4A
    McAllen, Texas 78501
    (956) 777-7000
    (956) 972-0144 Fax
    Email: TijerinaLit@tlegalgroup.com
    ATTORNEYS FOR PLAINTIFF
    BRENDA PEREZ

## CERTIFICATE OF CONFERENCE

I, Omar A. Saenz, certify that I have conferred with counsel for the Plaintiff regarding this Advisory to the Court Regarding Settlement, and he is in agreement.

/s/ *Omar Saenz*
Omar A. Saenz

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served upon all counsel of record using the CM/ECF system on this the 15th day of March 2024. Notice of this filing will be sent electronically to all known counsel of record.

/s/ *Omar Saenz*
Omar A. Saenz